Noyack Med. Partners, LLC v Osk IX, LLC (2023 NY Slip Op 06598)

Noyack Med. Partners, LLC v Osk IX, LLC

2023 NY Slip Op 06598

Decided on December 21, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 21, 2023

Before: Manzanet-Daniels, J.P., González, Scarpulla, Mendez, Higgitt, JJ. 

Index No. 654665/21 Appeal No. 1283 Case No. 2022-05385 

[*1]Noyack Medical Partners, LLC, Plaintiff-Appellant,
v
Osk IX, LLC, Defendant-Respondent. Suretec Insurance Company, Nonparty Respondent.

Cuddy & Feder LLP, White Plains (Brendan Goodhouse of counsel), for appellant.
Borg & Bryks LLP, New York (M. Alexander Bowie, II of counsel), for Osk IX, LLC, respondent.

Appeal from order, Supreme Court, New York County (Jennifer Schecter, J.), entered November 28, 2022, which denied plaintiff's motion to reargue its motion to release or modify its undertaking, unanimously dismissed, without costs, as taken from a nonappealable order.
No appeal lies from the denial of the motion to reargue (see Phillips v Murtha, 215 AD3d 408, 408 [1st Dept 2023]). The order on appeal denied plaintiff's motion to reargue its prior motion to release or modify its undertaking. To the extent plaintiff argues it is appealing from the grant of defendant's motion to award attorneys' fees, the order appealed from, as it relates to defendant's motion, only augmented relief previously granted to the extent of calculating reasonable fees. Plaintiff's arguments were considered and rejected in the prior unappealed order deciding the motion to release or modify the undertaking.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 21, 2023